### 20815.   DOUGHERTY COUNTY *v.* PYLANT *et al.*

DUCKWORTH, Chief Justice.   This case being in substance the same as that of *Dougherty County* v. *Edge*, ante, it is controlled by our ruling in that case.

*Judgment reversed.   All the Justices concur except Quillian, J., disqualified.   Duckworth, C. J., concurs specially.*

SUBMITTED MAY 9, 1960—DECIDED JUNE 9, 1960.

*Eugene Cook, Attorney-General, Paul Miller, E. J. Summerour, Assistant Attorneys-General, Donald E. Payton, Smith, Gardner & Kelley,* for plaintiff in error.

*Lippitt & Lippitt, S. B. Lippitt, E. L. Smith,* contra.